## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Comeau, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.  I am also an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

2.      I have been employed as a Special Agent with HSI since August 2020. I have received training and experience in the enforcement of the immigration laws of the United States and the detection and apprehension of aliens who are in the United States unlawfully. I am currently assigned to the Organized Crime Drug Enforcement Task Force ("OCDETF") Boston Strike Force.  The OCDETF Strike Force is a task force incorporating various law enforcement agencies, including HSI, the Drug Enforcement Administration ("DEA"), the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), the Federal Bureau of Investigation ("FBI"), and the U.S. Marshals Service ("USMS"), among other agencies.  Prior to my current employment with HSI, I was employed by the Manchester, New Hampshire Police Department for approximately five years.

3.      I am an immigration officer under 8 CFR 1.2, duly authorized to investigate cases involving persons who have illegally reentered the United States after having been deported and other violations of the Immigration and Nationality Act. I know that it is a violation of Title 8,

United States Code, Section 1326, to reenter the United States after deportation without having received the express consent of the Secretary of the Department of Homeland Security to reenter.

4.      The information contained in this affidavit is based upon information from my investigation, as well as information provided to me by other law enforcement agents and agencies, a review of criminal history records, and a review of documents from the Alien File #xxx-xxx-982 ("A-File") associated with an individual named SANTO ALBERTO BAEZ BAEZ ("BAEZ BAEZ"), d/o/b: xx/xx/1988.

5.       This affidavit is submitted in support of a criminal complaint charging BAEZ BAEZ with illegal reentry, in violation of Title 8, United States Code, Section 1326(a).  This affidavit is submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. In submitting this affidavit, I have not included each and every fact known to me and other law enforcement officers concerning this investigation.  Instead, it only contains facts sufficient to establish probable cause in support of a criminal complaint and the issuance of an arrest warrant.

## OVERVIEW OF INVESTIGATION

6.      BAEZ BAEZ entered the United States on an unknown date at an unknown place without being inspected by an immigration officer.

7.      Based on my conversations with other law enforcement agents and my review of reports and other publicly filed documents, I understand that on June 21, 2023, agents from the Drug Enforcement Administration (DEA) assigned to the Boston Strike Force executed a federal search warrant at 546 Haverhill Street, left side first floor door, Lawrence, Massachusetts. During the execution of the warrant, agents encountered BAEZ BAEZ, who was sleeping in his bedroom with his pregnant girlfriend. In BAEZ BAEZ's bedroom, agents recovered $7,885 and

gold jewelry in a dresser and two cell phones near the bed. In his bedroom closet, agents seized a Rossi model M971 .357 caliber revolver loaded with .38 special ammunition, a box of .38 special ammunition, a container of controlled substances, some of which were packaged in clear plastic bags for sale, and a brick that weighed approximately 200 grams that when later analyzed was determined to contain fentanyl, a Schedule II controlled substance. Agents seized fraudulent identification documents, including social security cards, and BAEZ BAEZ's Dominican passport. Agents determined that BAEZ BAEZ had an open case for distribution of fentanyl out of the Lawrence District Court and was not legally present in the United States.

8.      DEA agents arrested BAEZ BAEZ. On July 18, 2023, a United States Grand Jury returned an indictment charging BAEZ-BAEZ with possession with intent to distribute 40 grams or more of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi), and possession of a firearm in furtherance of a drug trafficking offense, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i). See United States v. Santo Baez Baez, Cr. No. 23-10185-WGY.

9.      On July 11, 2023, BAEZ-BAEZ was released on conditions. BAEZ BAEZ was brought into the custody of ICE at the Wyatt Detention Facility in Central Falls, Rhode Island.

10.      BAEZ BAEZ was found to be inadmissible pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act and placed into removal proceedings. On August 28, 2023, BAEZ BAEZ was ordered removed from the United States to the Dominican Republic by an Immigration Judge in Boston, Massachusetts.  BAEZ BAEZ waived appeal of that Order.

11.      On or about September 19, 2023, BAEZ BAEZ was removed from the United States to the Dominican Republic. At the time of his removal, his right index fingerprint, photograph, and signature were obtained.

12.     Thereafter, on an unknown date and at an unknown location, BAEZ BAEZ again reentered the United States without being inspected.

13.     Based on my conversations with other law enforcement agents and my review of reports, I understand that in September 2024, a cooperating defendant advised DEA agents that BAEZ BAEZ had returned to the United States and was living in Lawrence, Massachusetts.

14.     Based on my review of law enforcement reports, I know that on  October 18, 2024, Trooper Demos with the Massachusetts State Police stopped a silver Honda Accord with New York license plates for a traffic violation in Andover, Massachusetts. The operator produced a New York driver's license identifying himself as Jose Villar Baez with the date of birth of 02/27/1998. The trooper conducting the stop determined that there was a warrant for "Villar Baez" out of the Concord District Court for leaving the scene of an accident causing property damage and unlicensed operation of a motor vehicle and arrested him. At the State Police barracks in Andover, a fingerprint analysis determined that "Villar Baez," the operator of the Honda Accord, was in fact BAEZ BAEZ. A state clerk magistrate released BAEZ BAEZ on personal recognizance.

15.     On January 27, 2025, this Court issued a federal arrest warrant for BAEZ BAEZ for violating his conditions of pre-trial release. Thereafter, agents began to conduct surveillance at locations where they believed BAEZ BAEZ might be located.

16.     On January 31, 2025, agents located BAEZ BAEZ at 453 South Broadway, third floor, Lawrence, Massachusetts. Based on my conversations with other law enforcement agents and my review of reports and other publicly filed documents, I know that DEA agents were familiar with this address, as this location had also been searched on June 21, 2023, the date BAEZ BAEZ was encountered at 546 Haverhill Street and first arrested on federal charges.

During the June 21, 2023 search of 453 Broadway, agents seized one kilogram of fentanyl, over one kilogram of methamphetamine, and a firearm with a silencer. Most of the evidence was hidden inside a speaker. At the time, agents determined that 453 Broadway was a key stash house for BAEZ BAEZ's drug trafficking organization.



17.    Earlier today, BAEZ BAEZ was arrested on the federal warrant and after his initial appearance in U.S. District Court in Boston BAEZ BAEZ was ordered detained. Agents involved in the investigation into BAEZ BAEZ in 2023 viewed a photograph of BAEZ BAEZ taken today at his arrest and have identified him as the same individual they arrested in 2023.

18.    On January 31, 2025, I reviewed the documents contained in BAEZ BAEZ's A-file and confirmed, among other things, that BAEZ BAEZ is a citizen and national of the Dominican Republic. A search of HSI databases revealed that BAEZ BAEZ was deported to the Dominican Republic in September 2023. The warrant of removal, as well as some of the other documents contained in BAEZ BAEZ's A-file, contain BAEZ BAEZ's fingerprint, photograph and signature. A review of BAEZ BAEZ's A-file also revealed no evidence that he has ever requested or received the express consent of the Secretary of the Department of Homeland Security to re-enter the United States following his deportation.

## **CONCLUSION**

19.    Based on the foregoing facts, I submit there is probable cause to believe that on or about January 31, 2025, SANTO ALBERTO BAEZ BAEZ, being an alien and having been excluded, removed, or deported from the United States on or about September 19, 2023, was thereafter found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).



Matthew Comeau
Special Agent
U.S. Immigration & Customs Enforcement
Homeland Security Investigations


SWORN to telephonically in accordance with Fed. R. Crim. P. 4.1 on January 31, 2025.


The Honorable Jennifer C. Boal
United States Magistrate Judge